## Lawman, Appellant, *v*. Peoples Savings & Trust Co. et al.

*Res adjudicata—Suit for destruction of codicil — Wills — Demurrer.*

In an action to recover damages for an alleged destruction of a codicil to a will, a demurrer will be sustained where the statement of claim shows that there had been a complete adjudication of such question against plaintiff in prior legal proceedings.

Argued October 17, 1923.  Appeal, No. 165, Oct. T., 1923, by plaintiff, from order of C. P. Allegheny Co., Jan. T., 1923, No. 2074, sustaining statutory demurrer to statement of claim, in suit of Mary E. Lawman v. Peoples Savings and Trust Co. of Pittsburgh and Moorhead B. Holland, Trust Officer.  Before MOSCHZISKER, C. J., FRAZER, WALLING, SIMPSON, SADLER and SCHAFFER, JJ.  Affirmed.

Trespass for alleged fraudulent destruction of codicil to will.  Before EVANS, J.

The opinion of the Supreme Court states the facts.

Demurrer sustained.  Plaintiff appealed.

*Error assigned* was, inter alia, order, quoting record.

*Mary E. Lawman*, appellant, in propria persona.

*Thomas Patterson,* of *Patterson, Crawford, Miller &
Arensberg,* for appellee.

PER CURIAM, January 7, 1924:

This is a suit to recover damages for the alleged fraud-
ulent destruction of a codicil to the will of plaintiff's
mother, by which, it is averred, testatrix gave her daugh-
ter an income considerably larger than provided for the
latter in the probated document. As is correctly said
by the court below, plaintiff, in prior proceedings recited
in her statement of claim, shows "a complete adjudi-
cation [against herself] of the question of whether or
not there ever was......in the hands of these defend-
ants,......a codicil" such as she now alleges: see Law-
man's Est., 272 Pa. 237. This being the case, no error
was committed in sustaining the demurrer and entering
judgment for defendants.

The judgment is affirmed.